UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2021

-------------------------------------------------------------X

TRUSTEES OF THE SHEET METAL
WORKERS' LOCAL UNION NO. 28 FUNDS
AND PLANS, et al.,

     Plaintiffs,

   - against -

JT&T AIR CONDITIONING CORP.,

     Defendant.

-------------------------------------------------------------X

:
:
:
:
:
:
:
:
:
:
:
:
:
:

20-CV-10094 (LTS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

   Defendant was served on December 4, 2020, and an answer was due by December 28, 2020.  (Dkt. 6.)  No answer has been filed and Defendant has not appeared.  Accordingly, by March 10, 2021, Plaintiffs shall file and move for default or otherwise update the Court on the status of this case.

      SO ORDERED.

      _____
      ROBERT W. LEHRBURGER
      UNITED STATES MAGISTRATE JUDGE

Dated: February 24, 2021
  New York, New York

Copies transmitted this date to all counsel of record.

1