
WALTER M. COLLERAN (1912-1998)
RICHARD L. O'HARA
JOHN F. MILLS (1939-2003)
EDWARD J. GROARKE
CHRISTOPHER P. O'HARA
CAROL O'ROURKE PENNINGTON
DENIS A. ENGEL
JOHN S. GROARKE*
MICHAEL D. BOSSO

STEPHANIE SUAREZ
STEVEN C. FARKAS**
THOMAS P. KEANE***
DAMIEN O. MAREE*
TAYLOR ANNE WAITES
GARRETT J. DOWD
PATRICIA L. BOLAND
GLENN A. KREBS +

PARALEGALS
LAURA A. HARRINGTON
KRISTINE M. MURPHY
LILLY PIAZZA
KAREN ALBERTELLI GILBERT

\* ALSO ADMITTED IN NEW JERSEY
\*\* ALSO ADMITTED IN WASHINGTON, D.C.
\*\*\* ALSO ADMITTED IN NEW JERSEY AND CONNECTICUT
+ OF COUNSEL

April 28, 2021

**VIA ECF**
Hon. Robert W. Lehrburger
Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2021

    Re:    **Trustees of the Sheet Metal Worker's Local Union No. 28 Funds and Plans et al v. JT&T Air Conditioning Corp.**
            **Docket No.:   20-cv-10094-LTS-RWL**

Dear Judge Lehrburger,

    This office is counsel to Plaintiffs Trustees of the Sheet Metal Worker's Local Union No. 28 Funds and Plans et al. ("Plaintiffs") in the above-captioned matter.

    Plaintiffs write to request an adjournment of the initial pretrial conference currently scheduled before Your Honor on Wednesday, May 5, 2021. Counsel for Defendant JT&T Air Conditioning Corp. ("Defendant") has consented to the request for an adjournment. This is the first request for an adjournment of the initial pretrial conference.

    As Your Honor may recall, Plaintiffs brought this action in order to compel Defendant to submit to an audit for the period from January 2014 to date, and to enforce the potential findings of said audit. Defendant is currently in the process of providing records to Plaintiffs' auditors in order to complete the audit. The parties believe delaying the initial pretrial conference will enable Plaintiffs' auditors to complete the audit at which time the parties will discuss how to resolve any potential discrepancies identified on the audit.

    The parties thank the Court in advance for your attention to this request.

                   Respectfully,
                   COLLERAN, O'HARA & MILLS L.L.P.

                 By:    */s/Thomas P. Keane*
                        THOMAS P. KEANE

COM# 2805-0150A
cc:    Austin Graff, Esq., via ECF

100 CROSSWAYS PARK DRIVE WEST SUITE 200 • WOODBURY, NEW YORK 11797 • T: 516.248.5757 • F: 516.742.1765
WWW.COHMLAW.COM

Request granted. IPTC adjourned to 11:30 a.m. on June 7, 2021. Should the parties believe an additional adjournment of time is warranted based on the audit status, they shall specify a proposed time frame.

SO ORDERED:

4/29/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE