USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE SHEET METAL
WORKERS' LOCAL UNION NO. 28 FUNDS
AND PLANS, et al.,

                       Plaintiffs,

             - against -

JT&T AIR CONDITIONING CORP.,

                       Defendant.
-----------------------------------------------------------X

20-CV-10094 (LTS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      An initial pretrial conference is scheduled for June 7, 2021. A proposed case management plan was due on June 1, 2021. (Dkt. 21.) Accordingly, by the end of today, June 4, 2021, the parties shall file a proposed case management plan or otherwise apprise the Court of the status of this case and whether the initial pretrial conference should go forward.

                                              SO ORDERED.

                                             _____
                                             ROBERT W. LEHRBURGER
                                             UNITED STATES MAGISTRATE JUDGE

Dated: June 4, 2021
        New York, New York

Copies transmitted this date to all counsel of record.

1