

WALTER M. COLLERAN (1912-1998)
RICHARD L. O'HARA
JOHN F. MILLS (1939-2003)
EDWARD J. GROARKE
CHRISTOPHER P. O'HARA
CAROL O'ROURKE PENNINGTON
DENIS A. ENGEL
JOHN S. GROARKE*
MICHAEL D. BOSSO

STEPHANIE SUAREZ
STEVEN C. FARKAS**
THOMAS P. KEANE***
DAMIEN O. MAREE**
TAYLOR ANNE WAITES
GARRETT J. DOWD
PATRICIA L. BOLAND
GLENN A. KREBS +

PARALEGALS
LAURA A. HARRINGTON
KRISTINE M. MURPHY
LILLY PIAZZA
KAREN ALBERTELLI GILBERT

\* ALSO ADMITTED IN NEW JERSEY
\*\* ALSO ADMITTED IN WASHINGTON, D.C.
\*\*\* ALSO ADMITTED IN NEW JERSEY AND CONNECTICUT
\+ OF COUNSEL

June 4, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2021

<u>VIA ECF</u>
Hon. Robert W. Lehrburger
Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    <u>Trustees of the Sheet Metal Worker's Local Union No. 28 Funds and Plans et al v. JT&T Air Conditioning Corp.</u>
           <u>Docket No.:   20-cv-10094-LTS-RWL</u>

Dear Judge Lehrburger,

    This office is counsel to Plaintiffs Trustees of the Sheet Metal Worker's Local Union No. 28 Funds and Plans et al. ("Plaintiffs") in the above-captioned matter.

    Plaintiffs write to request an adjournment of the initial pretrial conference currently scheduled before Your Honor on Monday, June 7, 2021. Counsel for Defendant JT&T Air Conditioning Corp. ("Defendant") has consented to the request for an adjournment. This is the second request for an adjournment of the initial pretrial conference, which was originally scheduled for May 5, 2021. That request was granted.

    As Your Honor may recall, Plaintiffs brought this action in order to compel Defendant to submit to an audit for the period from January 2014 to date, and to enforce the potential findings of said audit. Defendant is currently in the process of providing records to Plaintiffs' auditors in order to complete the audit. The parties have identified numerous records which may be relevant to the audit and are currently discussing how best to manage the production of documents.

    The parties thank the Court in advance for your attention to this request.

                      Respectfully,
                      COLLERAN, O'HARA & MILLS L.L.P.

                      By:    /s/Thomas P. Keane
                            THOMAS P. KEANE

COM# 2805-0150A
cc:    Austin Graff, Esq., via ECF

When this Court granted a first adjournment of the IPTC, it ordered to the parties to specify a proposed time frame should an additional adjournment be warranted based on the audit status. (Dkt. 23.)

The request for an adjournment is granted but by June 10, 2021, the parties must file a letter indicating when they expect to conclude that process.

The IPTC is rescheduled for 9:30 a.m. on July 6, 2021.

SO ORDERED:

6/4/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE