UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

TRUSTEES OF THE SHEET METAL : 
WORKERS' LOCAL UNION NO. 28 FUNDS : 
AND PLANS, et al., :
　:
　:                                        20-CV-10094 (LTS) (RWL)
                        Plaintiffs,        :
　:
        - against -                        :        **ORDER**
　:
JT&T AIR CONDITIONING CORP.,               :
　:
                        Defendant.         :
　:
--------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

An initial pretrial conference is scheduled for 9:30 a.m. on July 6, 2021. (Dkt. 26.)

A Proposed Case Management plan was therefore due no later than June 29, 2021. No

Proposed Case Management Plan has been filed (for the second time). Accordingly,

before the end of July 2, 2021, the parties shall jointly file either (1) a Proposed Case

Management Plan conforming with this Court's rules, or (2) a joint request to stay the

case until the audit is completed.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 2, 2021
        New York, New York

Copies transmitted this date to all counsel of record.

1