USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE SHEET METAL
WORKERS' LOCAL UNION NO. 28 FUNDS
AND PLANS, et al.,

                     Plaintiffs,

        - against -

JT&T AIR CONDITIONING CORP.,

                    Defendant.
-------------------------------------------------------------X

20-CV-10094 (LTS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Pursuant to the operative scheduling order, expert discovery is set to close on February 28, 2022. By March 3, 2022, the parties shall file a joint letter providing status and indicating whether any party intends to move for summary judgment.

                                       SO ORDERED.

                                       _____
                                       ROBERT W. LEHRBURGER
                                       UNITED STATES MAGISTRATE JUDGE

Dated: February 25, 2022
       New York, New York

Copies transmitted this date to all counsel of record.