

WALTER M. COLLERAN (1912-1998)  STEPHANIE SUAREZ     PARALEGALS
RICHARD L. O'HARA               STEVEN C. FARKAS**   LAURA A. HARRINGTON
JOHN F. MILLS (1939-2003)                            KRISTINE M. MURPHY
EDWARD J. GROARKE               THOMAS P. KEANE***   LILLY PIAZZA
CHRISTOPHER P. O'HARA           DAMIEN O. MAREE**    KAREN ALBERTELLI GILBERT
CAROL O'ROURKE PENNINGTON       TAYLOR ANNE WAITES
DENIS A. ENGEL                  GARRETT J. DOWD        * ALSO ADMITTED IN NEW JERSEY
JOHN S. GROARKE*                PATRICIA L. BOLAND    ** ALSO ADMITTED IN WASHINGTON, D.C.
MICHAEL D. BOSSO                GLENN A. KREBS +     *** ALSO ADMITTED IN NEW JERSEY AND
                                                         CONNECTICUT
                                                       + OF COUNSEL

March 10, 2022

**VIA ECF**
Hon. Robert W. Lehrburger
Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

## MEMO ENDORSED

Re:   **Trustees of the Sheet Metal Worker's Local Union No. 28 Funds and Plans** *et al.* **v. JT&T Air Conditioning Corp.**
      **Docket No.:  20-cv-10094 (LTS)(RWL)**

Dear Judge Lehrburger,

This office is counsel to Plaintiffs, Trustees of the Sheet Metal Worker's Local Union No. 28 Funds and Plans *et al.* ("Plaintiffs"), in the above referenced matter. Plaintiffs file this joint status letter with the consent of Defendant, JT&T Air Conditioning Corp. ("Defendant").

The parties have reviewed the Court's proposal regarding the administrative dismissal of the case without prejudice to reinstatement at a later time upon completion of the audit or defendant's failure to comply with the audit requirements. The parties have agreed to accept this proposal.

The parties thank the Court in advance for your attention to this request.

Respectfully,

COLLERAN, O'HARA & MILLS L.L.P.

By:   */s/Thomas P. Keane*
      THOMAS P. KEANE

COM# 2805-0150A
cc:   Austin Graff, Esq., *via* ECF

The request is granted. The Clerk of Court is directed to close this case administratively, without prejudice to reopening upon letter request in the event of completion of the audit or defendant's failure to comply with the audit requirements. DE# 34 resolved.
SO ORDERED.
3/10/2022
/s/ Laura Taylor Swain, Chief USDJ