UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

TRUSTEES of the SHEET METAL WORKERS' LOCAL UNION NO. 28 FUNDS and PLANS, individually named herein as SHEET METAL WORKERS' LOCAL UNION NO. 28 VACATION FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 WELFARE FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 SUPPLEMENTAL UNEMPLOYMENT FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 ANNUITY FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 PENSION FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 JOINT LABOR MANAGEMENT FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 EDUCATION FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 SCHOLARSHIP FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 ASSESSMENTS FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 POLITICAL ACTION FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 BUILDING FUND, and INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS' LOCAL UNION NO. 28, AFL-CIO,

Plaintiffs,

-against-

JT&T AIR CONDITIONING CORP.,

Defendant.

-----------------------------------------------------------------------X

Civil Case No.:
20-cv-10094-LTS-RWL

**ORDER**

THIS MATTER came before the Court on Plaintiffs' Motion for Summary Judgment (ECF No. 46). The Court, having reviewed the motion, the supporting memorandum, the declarations and exhibits submitted in support thereof, and the record in this case, and being otherwise fully advised, hereby FINDS and ORDERS as follows:

## I. FINDINGS OF FACT AND CONCLUSIONS OF LAW

1. This Court has subject matter jurisdiction over this action under 28 U.S.C. section 1331 and 29 U.S.C. sections 185 and 1132(e)(1).

2. Plaintiffs TRUSTEES OF THE SHEET METAL WORKERS' LOCAL UNION NO. 28 FUNDS AND PLANS, individually named herein as SHEET METAL WORKERS' LOCAL UNION NO. 28 VACATION FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 WELFARE FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 SUPPLEMENTAL UNEMPLOYMENT FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 ANNUITY FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 PENSION FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 JOINT LABOR MANAGEMENT FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 EDUCATION FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 SCHOLARSHIP FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 ASSESSMENTS FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 POLITICAL ACTION FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 BUILDING FUND, and INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS' LOCAL UNION NO. 28, AFL-CIO, are multiemployer employee benefit plans within the meaning of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001 et seq., and are authorized to bring this action on behalf of their participants and beneficiaries.

3. Defendant JT&T AIR CONDITIONING CORP., is an employer obligated to make contributions to Plaintiffs under the terms of a collective bargaining agreement ("CBA") and the respective plan documents for the period from January 1, 2014, through June 1, 2022.

4. Defendant failed to make required contributions to Plaintiffs for the covered period, resulting in unpaid contributions in the principal amount set forth below.

5. Pursuant to 29 U.S.C. § 1132(g)(2), an employer found liable for unpaid contributions under 29 U.S.C. § 1145 is subject to a mandatory award of: (a) the unpaid contributions; (b) interest on the unpaid contributions; (c) an amount equal to the greater of the interest on the unpaid contributions or liquidated damages provided for under the plan, not to exceed twenty percent of the unpaid contributions; (d) reasonable attorneys' fees and costs of the action; and (e) such other legal or equitable relief as the Court deems appropriate.

6. Plaintiffs have established Defendant's liability for the unpaid contributions and have submitted sufficient evidence to support the amounts set forth in this Order.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiffs TRUSTEES OF THE SHEET METAL WORKERS' LOCAL UNION NO. 28 FUNDS AND PLANS, individually named herein as SHEET METAL WORKERS' LOCAL UNION NO. 28 VACATION FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 WELFARE FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 SUPPLEMENTAL UNEMPLOYMENT FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 ANNUITY FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 PENSION FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 JOINT LABOR MANAGEMENT FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 EDUCATION FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 SCHOLARSHIP FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 ASSESSMENTS FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 POLITICAL ACTION FUND, SHEET METAL WORKERS' LOCAL UNION NO. 28 BUILDING FUND, and INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR,

RAIL AND TRANSPORTATION WORKERS' LOCAL UNION NO. 28, AFL-CIO, and against Defendant JT&T AIR CONDITIONING CORP., as follows:

i. $93,268.46 in delinquent contributions for the period from January 1, 2014, through June 1, 2022;

ii. Interest in the minimum amount of $151,698.51, calculated through October 13, 2026, at the prime rate plus twelve percent (12%) with a minimum of fifteen percent (15%) per year in accordance with Article XII, Section 15 of the collective bargaining agreement;

iii. $18,632.69 in liquidated damages, which represents 20% of the amount owed in unpaid contributions for the period from January 1, 2014, through June 1, 2022, pursuant to the Collective Bargaining Agreement and 29 U.S.C. § 1132(g)(2)(C); and

iv. Post-judgment interest shall accrue on the total judgment amount at the rate provided by 28 U.S.C. § 1961 from the date of entry of this Order until the judgment is paid in full.

The Clerk of the Court is directed to enter judgment consistent with this Order.

**SO ORDERED.**

Dated: October 14, 2026
New York, New York

/s/ Laura Taylor Swain_
LAURA TAYLOR SWAIN
Chief United States District Judge